**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Judge John L. Kane

Civil Case **No. 12-cv-00048-AP**

**NATIONAL SKI AREAS ASSOCIATION, INC.**,

    Plaintiff

v.

**UNITED STATES FOREST SERVICE,** an agency of the United States Department of Agriculture,
**UNITED STATES DEPARTMENT OF AGRICULTURE**, and
**HARRIS SHERMAN**, Under Secretary for Natural Resources and Environment of United States Department of Agriculture

    Defendants.

---

ORDER

---

Kane, J.

This matter is currently before me on the Motion for Leave to File Brief of Amicus Curiae (doc. 16), filed by the Colorado River Water Conservation District, Ute Water Conservancy District, Eagle River Water and Sanitation District, Upper Eagle Regional Water Authority, Clinton Ditch & Reservoir Company, and Eagle Park Reservoir Company.  After reviewing that motion, and the proposed amicus brief, I find these parties have "unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide."  *Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003).

Accordingly, the motion is GRANTED.  The proposed amicus brief (doc. ) shall be

accepted for filing.

Dated: June 4, 2012               BY THE COURT:

**/s/ John L. Kane**
Senior U.S. District Court Judge