**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-0048-WJM

NATIONAL SKI AREAS ASSOCIATION, INC.,

    Plaintiff,

v.

UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture,
UNITED STATES DEPARTMENT OF AGRICULTURE, and
HARRIS SHERMAN, Under Secretary for Natural Resources and Environment of United States Department of Agriculture

    Defendants.

---

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY BRIEFING OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND COSTS**

---

This matter is before the Court on Defendants' Unopposed Motion to Stay Briefing of Plaintiffs' Application for Attorneys' Fees and Costs, filed March 18, 2013 (ECF No. 63). The Court having reviewed the Motion and being fully advised therein hereby ORDERS as follows:

The Defendants' Unopposed Motion is GRANTED. Defendants seek a stay so that the parties can attempt to negotiate a resolution of Plaintiff, National Ski Areas Association's ("NSAA") Motion for Attorneys' Fees and Costs which was timely filed on March 15, 2013 (ECF No. 62). The Court FINDS that good cause exists granting the requested stay. It is therefore ORDERED

The Briefing and any submission of additional materials supporting or contesting NSAA's Motion for Attorneys' Fees and Costs is STAYED until April 30, 2013.  It is FURTHER ORDERED that, if by April 20, 2013 settlement negotiations have been unsuccessful, the parties will submit to the Court a proposed briefing schedule for resolution of NSAA's Motion for Attorneys' Fees and Costs.

Dated this 18th day of March, 2013.

BY THE COURT:

William J. Martínez
United States District Judge